AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16 CV02307-CRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES B COMEY, DIR. F.B.I.
was received by me on *(date)* 2/6/2017

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Evin B Purdy, Asst Gnl. Counsel who is
designated by law to accept service of process on behalf of *(name of organization)* James B Comey, Dir. FBI
@ 935 Penn. Ave NW on *(date)* 2/8/2017 @ 2:58pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 50.00 for travel and $ 25.00 for services, for a total of $ 0.00  75.00

I declare under penalty of perjury that this information is true.

Date: 2/10/2017

Server's signature

Robert Glenn Server
Printed name and title

2424 Baldwin Crescent NE
Wash. DC
Server's address

Additional information regarding attempted service, etc:

RECEIVED
FEB 10 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16 cv-02307-CRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Loretta E. Lynch, Atty General
was received by me on *(date)* 2/6/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* @ DOJ on DAVID BURROUGHS, who is designated by law to accept service of process on behalf of *(name of organization)* Dept of Justice @ 950 Penn Ave NW, Wash. DC on *(date)* 2/8/17 @ 218; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ 25.00 for services, for a total of $ 75.00

I declare under penalty of perjury that this information is true.

Date: 2/10/2017

Server's signature

Robert Glowski
Printed name and title

2424 Baldwin Crescent NE
Server's address
Wash. DC - 20018

Additional information regarding attempted service, etc:

RECEIVED
FEB 1 0 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1·16CV 02307-CRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Dept of Justice
was received by me on *(date)* 2/6/2017.

☒ I personally served the summons on the individual at *(place)* D.O.J. 950 Penn. Ave NW
Rec'd By David Burroughs mgr on *(date)* 2/8/2017; or @ 2:18 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ 25.00 for services, for a total of $ 0.00 75.00

I declare under penalty of perjury that this information is true.

Date: 2/10/2017

Server's signature

Robert Gledal
Printed name and title

2426 Baldwin Crescent N
Wash. DC 20018
Server's address

Additional information regarding attempted service, etc:

RECEIVED
FEB 10 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1;16CV-02307-CRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FEDERAL BUREAU OF INVESTIGATION
was received by me on *(date)* 2/6/2017.

☒ I personally served the summons on the individual at *(place)* Federal Bureau of Investigation
KEVIN B PURDY, Asst Gen. Counsel on *(date)* 2/8/17 @ 2:58 pm
935 PENN. AVE NW WASH, DC

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ 50.00 for travel and $ 25.00 for services, for a total of $ ~~0.00~~ 75.00

I declare under penalty of perjury that this information is true.

Date: 2/10/2017

*Server's signature*

Robert Glenn
*Printed name and title*

2426 Baldwin Crescent NE
Wash. DC 20018
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
FEB 1 0 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia