**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHELSEA E. MANNING,                          )
                                             )
                   Plaintiff,                )
v.                                           )          Civil Action No.  1:16-cv-02307
                                             )
The Honorable James R. CLAPPER               )
Director of National Intelligence            )
Office of the Director of National Intelligence
Washington, DC 20511,                        )
                                             )
The Honorable Jefferson SESSIONS III         )
Attorney General                             )
950 Pennsylvania Avenue, NW                  )
Washington, DC 20530-0001,                   )
                                             )
U.S. DEPARTMENT OF JUSTICE                   )
950 Pennsylvania Avenue, NW                  )
Washington, DC 20530-0001,                   )
                                             )
The Honorable James B. COMEY                 )
Director, Federal Bureau of Investigation    )
935 Pennsylvania Avenue, NW                  )
Washington, D.C. 20535-0001,                 )
                                             )
FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW                  )
Washington, D.C. 20535-0001,                 )
                                             )
The Honorable James MATTIS                   )
Secretary of Defense                         )
1400 Defense Pentagon                        )
Washington, DC 20301-1400,                   )
                                             )
U.S. DEPARTMENT OF DEFENSE                   )
1400 Defense Pentagon                        )
Washington, DC 20301-1400,                   )
                                             )
Admiral Michael S. ROGERS                    )
Director, National Security Agency,          )
Commander, U.S. Cyber Command,               )
Chief, Central Security Service,             )
9800 Savage Rd., Suite 6272                  )
Ft. George G. Meade, MD 20755-6000,          )

NATIONAL SECURITY AGENCY,    )
9800 Savage Rd., Suite 6272      )
Ft. George G. Meade, MD 20755-6000,  )
       )
UNITED STATES OF AMERICA,    )
       )
      Defendants.[1]    )
_____)

### Motion To Extend Time to Respond to Motion for Preliminary Injunction

Plaintiff, Chelsea Manning, filed the above captioned action, *pro se*, against numerous federal government defendants, including both agencies and individual defendants sued in their official capacities on November 14, 2016. Plaintiff moved for a preliminary injunction on January 9, 2017. *See* Dkt. No. 4. On March 21, 2017, plaintiff completed service of the complaint and motion for a preliminary injunction on the United States Attorney for the District of Columbia, thereby triggering defendants' obligation to respond to this lawsuit. *See* Fed. R. Civ. P. 4(i)(1)(A)(i); 12(a)(3). Defendants hereby move for the Court to extend the time for them to respond to the pending motion for a preliminary injunction, and to consolidate it with the date by which they are obliged to respond to the complaint for the reasons stated below.

Under the Local Civil Rules, defendants' response to plaintiff's motion for a preliminary injunction would be due by March 28, 2017. *See* L. Cv. R. 65(c). The Court may, for good cause, extend this deadline. *See* Fed. R. Civ. P. 6(b)(1)(A). Defendants believe that it would be in the interest of judicial economy to combine their opposition to plaintiff's motion with their own motion to dismiss. Defendants anticipate that grounds for the denial of a preliminary injunction will overlap with the grounds for dismissal of this action. The delay in resolving plaintiff's motion

---

[1] For the individual federal government defendants sued in their official capacities, the current office holders have been substituted as defendants pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

for a preliminary injunction would not prejudice plaintiff because, although plaintiff sought preliminary relief based on alleged unlawful surveillance, the complaint does not allege facts relating to any alleged ongoing surveillance.  *See*, *e.g*., Complaint, Dkt. No. 1 ¶¶ 66-99 (allegations relating to alleges physical searches that occurred in October and November 2016), *id*. ¶ 107 ("[t]he [alleged] electronic surveillance involving the Plaintiff … abruptly terminated on October 27, 2016.").  In addition, plaintiff's delay in completing service of the complaint and motion for a preliminary injunction contributed to the delay in resolving this matter.  Accordingly, defendants respectfully request that the Court consolidate a response to the motion for a preliminary injunction on the same day that a response to the complaint is due, which under Rule 12(a)(3) of the Federal Rules of Civil Procedure is May 22, 2017.

Alternatively, if the Court declines to consolidate defendants' response to the motion for a preliminary injunction with their response to the complaint defendants request a reasonable additional period of time to respond to the motion, and propose a deadline that is thirty days from the date of this filing.

Plaintiff currently is incarcerated in the U.S. Disciplinary Barracks, Fort Leavenworth, Kansas and, although she has legal representation in another lawsuit that she has brought against the federal government in this district, *see Manning v. Mattis*, Civ No. 16-1609 (D.D.C.), she is proceeding *pro se* in this case.[2]  In the short period of time since service was completed and in light of the immediate deadline, defendants' counsel have not yet been able to communicate with her to discuss this proposed motion.

---

[2] As the Court may be aware, President Obama commuted plaintiff's sentence, and she is scheduled for release on May 17, 2017.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney


ANTHONY J. COPPOLINO
Deputy Branch Director

/s/   Robin Thurston
Robin Thurston (Illinois Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 616-8188
Fax:    (202) 616-8470
Email: robin.f.thurston@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I certify that on March 28, 2017, I mailed the foregoing motion by certified mail to

plaintiff Chelsea E. Manning at 1300 North Warehouse Road, Fort Leavenworth, KS 66027-

2304.


/s/ Robin Thurston
ROBIN THURSTON