THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHELSEA E. MANNING,          )<br>                                                     )<br>                    Plaintiff,         )<br>v.                                              )<br>                                                     )<br>James R. CLAPPER, *et al.*,    )<br>                                                     )<br>                    Defendants.   )<br>_____) | Civil Action No.  1:16-cv-02307 |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of Defendants' Motion to Extend Time to Respond to Motion for Preliminary Injunction, and for the good cause shown therein, it is hereby ORDERED that Defendants' response to Plaintiff's Motion for a Preliminary Injunction, Dkt. No. 4, shall be consolidated with their response to Plaintiff's Complaint, and shall be due no later than May 22, 2017.

SO ORDERED.

DATE: _____          _____
                                                                          The Honorable Christopher R. Cooper
                                                                          United States District Judge