AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-2307 (CRC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk/James Clapper
was received by me on *(date)* 3/22/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Clerk/PWD 1 1/1 cyc
) Paula Harris Rec'D , a person of suitable age and discretion who resides there,
on *(date)* 3/22/2017 @ 1:00 am, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ —— for services, for a total of $ ~~0.00~~ 75.00

I declare under penalty of perjury that this information is true.

Date: 3/23/2017

_____
Server's signature

Robert Glenn
Printed name and title

# 2426 Baldwin Cres NE Wash. DC 20018
Server's address

Additional information regarding attempted service, etc: