CO 249
Rev 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Chelsea Manning
_____
Plaintiff(s)

vs.

Civil Action No. 16-2307 (CRC)

Admiral M. Rogers Dir, USA
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, ___Robert Glenn___, hereby state that:

On the __9__ day of __Feb__, __2017__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Admiral Rogers Dir, NSA 9800 Savage Rd, Fort Meade MD 20755
= 7016 1770 0000 0412 3603 ; Cert. Mail

I have received the receipt for the certified mail, No. __Not Returned As of 3/27/2017__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.

___3/27/2017___          _____(signature)_____
(Date)                              (Signature)

**RECEIVED**

MAR 27 2017

Clerk, U.S. District and
Bankruptcy Courts

CO 249
Rev 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Chelsea Maulining
_____
Plaintiff(s)

Civil Action No. 16-2307

vs.

Aston B Carter
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Robert Glenn, hereby state that:
On the 9th day of Feb, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Aston B. Carter @ 1400 Defense Blvd. Pentagon Wash. DC. 20301 Cert. Mail #

I have received the receipt for the certified mail, No. NEVER RETURNED AS OF 2/27/17 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.

3/27/2017
(Date)

_____
(Signature)

**RECEIVED**

MAR 27 2017

Clerk, U.S. District and
Bankruptcy Courts

CO 249
Rev 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_Chelsea Manning_
Plaintiff(s)

Civil Action No. _16-2307_

vs.

_US Dept of Defense_
Defendant(s)

## AFFIDAVIT OF MAILING

I, _Robert Glenn_, hereby state that:

On the _9_ day of _Feb_ _2017_, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

_US Dept of Defense @ 1480 Defense Blvd Pentagon Wash DC 20301 Cert Mailing # 7016 1970 0000 4123 5971_

I have received the receipt for the certified mail, No. _Never Returned as of 3/27/17_ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.

_3/27/2017_
(Date)

(Signature)

**RECEIVED**

MAR 27 2017

Clerk, U.S. District and
Bankruptcy Courts

CO 249
Rev 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Chelsea Manning
_____
Plaintiff(s)

Civil Action No. 16-2307

vs.

Nat'l Security Agency
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Robert Glenn, hereby state that:

On the 7th day of February, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant: Nat'l Security Agency @ 9800 Savage RD Fort Meade, MD Cert. Mailing # 70161970000041236l0

I have received the receipt for the certified mail, No. NEVER RETURNED AS OF 3/27/17 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.

3/27/2017
_____
(Date)

_____
(Signature)

**RECEIVED**
MAR 27 2017
Clerk, U.S. District and
Bankruptcy Courts

CO 249
Rev 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Chelsea Moulding
_____
Plaintiff(s)

vs.

Civil Action No. 16-2307

James Clapper, Dir. Nat'l Intel.
_____
Defendant(s)

**AFFIDAVIT OF MAILING**

I, Robert Glenn, hereby state that:

On the 9th day of Feb., 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

James Clapper, Dir. Nat'l Intel. @ 723 17th St NW, Wash. DC New Exec. Bldg. 20503 Cert Mailing # 70619700000412 3641

I have received the receipt for the certified mail, No. Never Returned As Of 3/27/17 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.

3/27/2017
(Date)

_____
(Signature)

**RECEIVED**

MAR 27 2017

Clerk, U.S. District and
Bankruptcy Courts