IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chelsea E. MANNING,<br>    Plaintiff,<br><br>          v.<br><br>Daniel R. COATS, *et al.*<br>    Defendants. | Civil Action No. 1:16-CV-02307-CRC |

## MOTION FOR LEAVE
## TO FILE AN AMENDED COMPLAINT

Plaintiff Chelsea E. Manning, pursuant to Rule 15 (a), Fed. R. Civ. P., hereby requests to file an amended complaint incorporating additional facts and a damages claim.

1. The Plaintiff submitted her original complaint on November 7th, 2016, alleging the facts as she understood them at that time.

2. Since filing the complaint several facts have changed in form and substance.

3. Additional facts have become available to the Plaintiff, including the identities of several witnesses, details about a "false flag" counterintelligence operation conducted by the Defendants on October 10-11, 2016, and a better understanding of the timeline of events in this case.

4. Meanwhile, on January 17th, 2017, President Obama commuted the Plaintiff's sentence to confinement to time served plus 120 days. The Plaintiff will be released on May 17th, 2017. The Plaintiff anticipates that her release will substantially affect her standing to seek damages, and intends to add a damages claim to the complaint.



5. This Court should respectfully grant leave to amend this complaint. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227 (1962); *Barkley v. U.S. Marshals Serv.*, 766 F. 3d 25, 38, 412 U.S. App. D.C. 310 (D.C. Cir. 2014).

                                                        Respectfully submitted,

April 17, 2017

CHELSEA E. MANNING
Plaintiff, *pro se*
1300 North Warehouse Road
Fort Leavenworth, KS 66027-2304

CERTIFICATE OF SERVICE

I certify that on __18__ April, 2017, I mailed the foregoing motion by certified mail to the Defendants' counsel, Robin Thurston, Federal Programs Branch, Civil Division, U.S. Department of Justice, Post Office Box 883, Washington, D.C. 20044

*[signature]*
CHELSEA E. MANNING