# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHELSEA E. MANNING,                )<br>                                                    )<br>            Plaintiff,                       )<br>v.                                                 )       Civil Action No.  1:16-cv-02307<br>                                                    )<br>DANIEL R. COATS, *et al*.,            )<br>                                                    )<br>            Defendants                  )<br>_____) | |

## Notice of Non-Opposition

Plaintiff has filed and served a motion to amend the Complaint. *See* Dkt. No. 9. Defendants hereby provide notice that they do not oppose the Court granting plaintiff's motion. Pursuant to Federal Rule of Civil Procedure 15(a)(3) and the Court's Minute Order of March 29, 2017, defendants will file their consolidated response to the pending motion for a preliminary injunction along with their response to the Amended Complaint by May 22, 2017.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    CHANNING D. PHILLIPS
    United States Attorney

    ANTHONY J. COPPOLINO
    Deputy Branch Director

    /s/  Robin Thurston
    Robin Thurston (Illinois Bar)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    Tel.:   (202) 616-8188
    Fax:   (202) 616-8470
    Email: robin.f.thurston@usdoj.gov

    Mailing Address:

Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I certify that on May 10, 2017, I mailed the foregoing motion by certified mail to plaintiff Chelsea E. Manning at 1300 North Warehouse Road, Fort Leavenworth, KS 66027-2304.

/s/ Robin Thurston
ROBIN THURSTON