# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHELSEA E. MANNING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL R. COATS, *et al.*, )<br>)<br>Defendants )<br>_____) | Civil Action No.  1:16-cv-02307 |

## **Motion to Dismiss**

Defendants hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss plaintiff's Amended Complaint for lack of subject matter jurisdiction and for failure to state a claim.  The reasons supporting Defendants' motion are set forth in the accompanying memorandum of law.  A proposed order is attached.

Date: May 22, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

/s/  Robin Thurston
Robin Thurston (Illinois Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 616-8188
Fax:    (202) 616-8470
Email: robin.f.thurston@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 22, 2017, I mailed the foregoing to plaintiff Chelsea E. Manning at the forwarding address provided to me by the USDB.

/s/ Robin Thurston
ROBIN THURSTON