# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHELSEA E. MANNING, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL R. COATS, *et al.*, )<br>)<br>    Defendants. )<br>_____) | Civil Action No.  1:16-cv-02307 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, and for the good cause shown therein, it is hereby ORDERED that Plaintiff's Amended Complaint be dismissed with prejudice.

SO ORDERED.

DATE: _____          _____
                                                                                 The Honorable Christopher R. Cooper
                                                                                 United States District Judge