# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHELSEA E. MANNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:16-cv-2307 (CRC) |
| v. ) | |
| ) | |
| DANIEL R. COATS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND CERTIFICATE OF FAMILIARITY WITH LOCAL RULES

Please take notice and substitute Daniel Schwei, a Trial Attorney with the Civil Division of the United States Department of Justice, as lead counsel for the Defendants in this action in place of Robin Thurston. All future correspondence and other communications regarding this case should be directed to Mr. Schwei at the addresses and phone number indicated below. Pursuant to Local Civil Rule 83.2(j), the undersigned certifies that he is personally familiar with the Local Rules of this Court.

DATED: July 13, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/   Daniel Schwei*
DANIEL SCHWEI
Trial Attorney (N.Y. Bar)

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7340
Washington, DC 20530
Tel.:     (202) 305-8693
Fax:     (202) 616-8470
Email:   daniel.s.schwei@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on July 13, 2017, I sent the foregoing Notice to plaintiff Chelsea E. Manning by electronic mail, and also by U.S. mail to her last known address.

/s/ Daniel Schwei
DANIEL SCHWEI