IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chelsea E. MANNING,<br>    Plaintiff,<br><br>    v.<br><br>Daniel R. COATS,<br>    Director of National Intelligence, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:16-CV-02307-CRC |

## STIPULATION OF DISMISSAL

Pursuant to F. R. Civ. P. 41 (a)(1)(A)(ii), it is STIPULATED and AGREED between the parties and their respective counsel that the above-captioned civil action is voluntarily dismissed against all Defendants by the Plaintiff, without prejudice.

/s/_ Chelsea E. Manning_____
CHELSEA E. MANNING
*pro se*

Mailing Address:
1492 Selworthy Road
Potomac, Maryland 20854-6170

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

/s/_ Robin Thurston_____
Robin Thurston (Illinois Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:  (202) 616-8188
Fax:  (202) 616-8470
Email: robin.f.thurston@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
Counsel for Defendants

June 16, 2017



RECEIVED

JUL 1 4 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia